UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

RAYMOND H. CARD, JR.

             Plaintiff,

  **-v.-**

              Civil Action No.
              5:13-cv-177 (GLS/ESH)

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

             Defendant.

--------------------------------------------------------------------------------

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **FOR THE PLAINTIFF:** | |
| RAYMOND H. CARD, JR.<br>*Pro Se*<br>124 Shetland Place<br>Warners, New York 13164 | |
| **FOR THE DEFENDANT:** | |
| Social Security Administration<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, New York 10278 | SERGEI ADEN, ESQ. |

GARY L. SHARPE,
CHIEF JUDGE

## **ORDER**

  The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed April 10, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed April 10, 2014 (Dkt. No. 20) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the Commissioner's decision is AFFIRMED and Card's request to remand this action for review of underpayment of retroactive benefits is DENIED; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: June 4, 2014
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court