# * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__      DISTRICT OF      __NEW YORK__

## JUDGMENT IN A CIVIL CASE

**DOCKET NO.** 5:13-cv-177 (GLS/ESH)

**RAYMOND H. CARD, JR.**

    **v.**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security**

|  |  |
|---|---|
| _____ | **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| __X__ | **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED, that the Report-Recommendation of Magistrate Judge Earl S. Hines filed April 10, 2014 (Dkt. No. 20) is ACCEPTED in its entirety. That the Commissioner's decision is AFFIRMED and Card's request to remand this action for review of underpayment of retroactive benefits is DENIED, in accordance with the Order signed by Chief Judge Gary L. Sharpe on June 4, 2014.**

| June 4, 2014 | **LAWRENCE K. BAERMAN** |
|---|---|
|  | CLERK OF THE COURT |

                                                BY:   S/ John E. Law
                                                DEPUTY CLERK
                                                 John Law